FILED

2015 MAY -1 PM 3: 33

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHN COLIN SUTTLES individually and on
behalf of all others similarly situated,
                                    Plaintiff,

-vs-                                                        Case No.  A-14-CA-752-SS

MUTUAL   OF   OMAHA   INSURANCE
COMPANY  and  SUTHERLAND  GLOBAL
SERVICES, INC.,
                                    Defendants.

_____

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and

specifically "Mutual of Omaha's and Sutherland's Motion to Dismiss Count 1 of Plaintiff's First

Amended Class Action Complaint" [#34] and "Notice of Withdrawal of Defendants' Motion to

Dismiss Count 1 of Plaintiff's First Amended Class Action Complaint" [#42] and, thereafter, enters

the following:

IT IS ORDERED that Mutual of Omaha Insurance Company and Sutherland Global

Services, Inc.'s Motion to Dismiss Count 1 of Plaintiff's First Amended Class Action

Complaint is WITHDRAWN and, therefore, DISMISSED.

SIGNED this the ___1st___ day of April 2015.


_____
UNITED STATES DISTRICT JUDGE